Attachment A

Dahua WizMind Series

Dahua Lite Series (including Dahua 4MP IR 3.6mm ePoE Mini Bullet Network Camera (N44CB33)

Dahua Wireless Series

Dahua WizSense Series

Dahua Panoramic Series

Dahua DHOP Series

Dahua Pro Series

Dahua Special Series

Dahua Positioning Systems Cameras

Dahua Ultra Series

Dahua HDCVI PTZ Cameras

Dahua Explosion-Proof & Anti-Corrosion Cameras

Dahua 4-Wire Series

Dahua 2-Wire Series

Dahua IP Series

Dahua Emergency Phone Terminals

Dahua Emergency Phone Tower

Dahua USB Cameras

Dahua Conference Cameras

Dahua Industrial Drones

Dahua Payload Cameras

Amcrest Security Camera Systems

Amcrest IP Cameras Wireless & POE

Amcrest Smart Home

Amcrest Baby Monitors

Amcrest Car Dash Cameras

Amcrest Drones

Amcrest WiFi Video Doorbell Cameras

Amcrest Webcams (including Amcrest 4MP USB Webcam (AWC496))

Amcrest Sports Action Cameras

Amcrest Thermal Temperature Monitoring Solution

Amcrest Thermal Body Temperature Monitoring Kiosk

Lorex UHD Series

Lorex Smart Deterrence Series

Lorex 30FPS Nocturnal Series (Fixed)

Lorex 30FPS Nocturnal Series (MVF)

Lorex PTZ Series

Lorex IP Security Cameras

Lorex Analog Security Cameras

Lorex Wire-Free Security Cameras

Lorex 4K Security Cameras

Lorex PTZ Security Cameras

Lorex Nocturnal 4 Security Cameras

Lorex USB Web Cameras

Lorex Wi-Fi Security Cameras

Lorex Video Doorbells (including Lorex 2K QHD Wired Video Doorbell (B451AJD))