# Exhibit 3

Case 4:22-cv-03440   Document 1-4   Filed on 10/06/22 in TXSD   Page 1 of 2

