# Exhibit 9

